UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-61189-CIV-UNGARO

SCOTT SLUTZKY,

    Plaintiff,

v.

AUTOMOTIVE PARTS EXPRESS WAREHOUSE,
INC., et al.,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment, filed September 29, 2008.  (D.E. 13.)

THIS COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  The Court notes that the Clerk of the Court entered default against the above Defendants on September 16, 2008.  Accordingly, it is hereby

ORDERED and ADJUDGED that the Motion (D.E. 13) is GRANTED.  It is further,

ORDERED AND ADJUDGED that the Default entered by the Clerk of the Court against the above-named Defendants in this matter is APPROVED AND RATIFIED.  It is further,

ORDERED AND ADJUDGED that  FINAL JUDGMENT is entered in favor of Plaintiff, Scott Slutzky, and against Defendants, Automotive Parts Express Warehouse, Inc., and Mark Milwick, upon the Complaint herein in the amount of $4,200.00 in damages, $1,200.00 in attorneys' fees, and $420.00 in costs, for a total judgment of $5,820.00, for which execution shall issue.  Interest shall accrue at a rate determined by law.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record