UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61189-CIV-UNGARO/SIMONTON

SCOTT SLUTZKY,

    Plaintiff,

v.

AUTOMOTIVE PARTS EXPRESS
WAREHOUSE, INC., et al.,

    Defendants.
_____/

### REPORT RECOMMENDING DISCHARGE OF CONTEMPT ORDER AND EXONERATION OF PERSONAL SURETY BOND

Based upon Plaintiff's Notice of Filing Satisfaction of Judgment (DE # 41), it appears that the Defendant Mark Milwick has purged himself of the Contempt Order requiring him to appear at his deposition or to satisfy the judgment (DE ## 33, 35).

It is therefore **RECOMMENDED** that the Defendant be discharged from the finding of contempt made on June 24, 2009 (DE # 35), and that the bond that was issued pursuant to the Order of Contempt following the arrest of the Defendant (DE # 40) be exonerated.

The parties will have ten days from the date of service of this Order within which to file written objections, if any, for consideration by the United States District Judge to whom this case is assigned.  Failure to file objections timely shall bar the parties from attacking on appeal any factual findings contained herein.  *LoConte v. Dugger,* 847 F.2d

745 (11th Cir. 1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND SUBMITTED** in chambers in Miami, Florida on August 21, 2009.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record, via CM/ECF

Mark Milwick and Automotive Parts Express Warehouse, Inc.
3670 NW 16th Street
Lauderhill, Florida 33311